THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CAROL PAUL and BOB PAUL, | CASE NO. C03-0740-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| KAY ENGLISH, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have informed the Court that they have reached an agreement to settle this case. The Court therefore declines to proceed with issuing rulings on the various pending motions. (Dkt. Nos. 52, 54, 57, 58, 60, 61, 62, 65.) The Court directs the parties to submit either a stipulated motion for dismissal or a status report within 30 days of the date of this Order.

DATED this 6th day of October 2011.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk